```
 1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (Bar No. 183174)
 2     Reuben J. Stob (Bar No. 281303)
    patrick.gibbs@lw.com
 3  reuben.stob@lw.com
    140 Scott Drive
 4  Menlo Park, California 94025
    Telephone: +1.650.328.4600
 5  Facsimile: +1.650.463.2600

 6  Attorneys for Defendant Zipcar, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA BAYOL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>ZIPCAR, INC.,<br><br>            Defendant. | Case No. 3:14-cv-02483-TEH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DATE OF MOTION HEARING FOR DEFENDANT'S MOTION TO TRANSFER**<br><br>Judge:  Honorable Thelton E. Henderson |

WHEREAS, on July 11, 2014, Defendant Zipcar, Inc. ("Zipcar") filed a Motion to Transfer this action to the District of Massachusetts pursuant to a forum-selection clause and 28 U.S.C. § 1404(a) (Dkt. #17);

WHEREAS, a Motion Hearing on Zipcar's Motion to Transfer was originally noticed for September 15, 2014, at 10:00 a.m. (Dkt. #17);

WHEREAS, on August 14, 2014, the Court continued the Motion Hearing to September 22, 2014, at 10:00 a.m.;

WHEREAS, Patrick Gibbs, lead counsel for Zipcar, is scheduled to attend a mediation on September 22, 2014;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 3:14-cv-02483-TEH
STIPULATION AND [PROPOSED] ORDER REGARDING
DATE OF MOTION HEARING

1  WHEREAS, the parties have agreed that October 6, 2014, at 10:00 a.m. is a mutually convenient date for the Motion Hearing;

NOW, THEREFORE, the undersigned parties, through their respective counsel, stipulate, subject to the Court's approval, as follows:

The Motion Hearing scheduled for September 22, 2014, at 10:00 am., shall be continued to October 6, 2014, at 10:00 a.m.

Dated:  August 14, 2014         Respectfully submitted,

LATHAM & WATKINS LLP

By:  _____/s/ Patrick E. Gibbs_____
            Patrick E. Gibbs

*Attorneys for Defendant Zipcar, Inc.*

Dated:  August 14, 2014         BURSOR & FISHER, P.A.

By:  _____/s/ L. Timothy Fisher_____
            L. Timothy Fisher

*Attorneys for Plaintiff Gabriela Bayol*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

08/19/2014

[Signature] Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA