1  LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
2     Reuben J. Stob (Bar No. 281303)
*patrick.gibbs@lw.com*
3  *reuben.stob@lw.com*
140 Scott Drive
4  Menlo Park, California 94025
Telephone: +1.650.328.4600
5  Facsimile: +1.650.463.2600

6  *Attorneys for Defendant Zipcar, Inc.*

7

8            UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10           SAN FRANCISCO DIVISION

11

12 GABRIELA BAYOL, individually and on behalf of all others similarly situated,

          Case No. 3:14-cv-02483-TEH

13

          CLASS ACTION

        Plaintiff,

14           **STIPULATION AND [~~PROPOSED~~]**
**ORDER CONTINUING INITIAL CASE**
15     v.           **MANAGEMENT CONFERENCE**

16 ZIPCAR, INC.,

          Judge:  Honorable Thelton E. Henderson

        Defendant.

17

18

19      WHEREAS, on July 11, 2014, Defendant Zipcar, Inc. ("Zipcar") filed a Motion to

20 Transfer this action to the District of Massachusetts pursuant to a forum-selection clause and 28

21 U.S.C. § 1404(a) (Dkt. #17);

22      WHEREAS, Plaintiff's opposition to Zipcar's Motion to Transfer is due on or before

23 August 15, 2014, and Zipcar's reply is due on or before September 5, 2014 (Dkt. #15);

24      WHEREAS, an Initial Case Management Conference is currently scheduled for

25 September 8, 2014 (Dkt. #9); and

26      WHEREAS, in order to avoid the unnecessary expenditure of the Court's and the parties'

27 resources prior to the Court's ruling on Zipcar's Motion to Transfer, the parties have agreed to

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No.  3:14-cv-02483-TEH
STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE

1   continue the Initial Case Management Conference until after Zipcar's Motion to Transfer has

2   been resolved;

3           NOW, THEREFORE, the undersigned parties, through their respective counsel, stipulate

4   as follows:

5           The Initial Case Management Conference, currently schedule for September 8, 2014, is

6   continued, based on the Court's availability, until at least forty-five (45) days after the Court

7   resolves Zipcar's Motion to Transfer.

8

9   Dated:  August 14, 2014                    Respectfully submitted,

10                                              LATHAM & WATKINS LLP

11                                              By:  _____  /s/ Patrick E. Gibbs  _____

12                                                          Patrick E. Gibbs

13                                              *Attorneys for Defendant Zipcar, Inc.*

14

15  Dated:  August 14, 2014                    BURSOR & FISHER, P.A.

16                                              By:  _____  /s/ L. Timothy Fisher  _____

17                                                          L. Timothy Fisher

18                                              *Attorneys for Plaintiff Gabriela Bayol*

19

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  The Initial Case Management Conference is continued       08/19/2014

23  to Monday, 12/08/2014, at 1:30 PM.  Parties shall
    file a joint case management statement at least

24  seven days prior to the hearing.

                                              Judge Thelton E. Henderson

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No.  3:14-cv-02483-TEH
STIPULATION AND [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE