1  LATHAM & WATKINS LLP
    Patrick E. Gibbs (Bar No. 183174)
2      Reuben J. Stob (Bar No. 281303)
   *patrick.gibbs@lw.com*
3  *reuben.stob@lw.com*
   140 Scott Drive
4  Menlo Park, California 94025
   Telephone: +1.650.328.4600
5  Facsimile: +1.650.463.2600

6  Attorneys for Defendant Zipcar, Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

12 GABRIELA BAYOL, individually and on behalf of all others similarly situated,

13                 Plaintiff,

14         v.

15 ZIPCAR, INC.,

16                 Defendant.

17

Case No. 3:14-cv-02483-TEH

[~~PROPOSED~~] ORDER GRANTING LATHAM & WATKINS LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ZIPCAR, INC.

Action Filed: May 29, 2014
Judge: The Honorable Thelton E. Henderson

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:14-cv-02483-TEH
[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW

1    The court, having considered Latham & Watkins LLP's motion for leave to withdraw as

2  counsel for Defendant Zipcar, Inc. ("Zipcar") in the above captioned matter HEREBY ORDERS:

3    1.    Latham & Watkins LLP's unopposed motion for leave to withdraw in the above

4  captioned matter is GRANTED.

5    2.    Latham & Watkins LLP and its attorneys, including specifically Patrick E. Gibbs

6  and Reuben J. Stob, are hereby terminated as Defendant Zipcar's counsel of record in the above-

7  captioned matter.  Zipcar shall continue to be represented in this matter by the law firm of Cooley

8  LLP.

9    3.    The Clerk of the Court shall remove Latham & Watkins LLP and its attorneys from

10  the service list, and shall no longer send them any notices of filings, in the above-captioned matter.

11    IT IS SO ORDERED.

12

13

14  Dated:  August ~~22,~~ 2014                    By _____

        25

        Judge Thelton E. Henderson

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No.  3:14-cv-02483-TEH
[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW

1