1  LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
2     Reuben J. Stob (Bar No. 281303)
*patrick.gibbs@lw.com*
3  *reuben.stob@lw.com*
140 Scott Drive
4  Menlo Park, California 94025
Telephone: +1.650.328.4600
5  Facsimile: +1.650.463.2600

6  Attorneys for Defendant Zipcar, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA BAYOL, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>ZIPCAR, INC.,<br><br>            Defendant. | Case No. 3:14-cv-02483-TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING LATHAM & WATKINS LLP'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ZIPCAR, INC.**<br><br>Action Filed: May 29, 2014<br>Judge: The Honorable Thelton E. Henderson |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:14-cv-02483-TEH
[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW

1  The court, having considered Latham & Watkins LLP's motion for leave to withdraw as
2  counsel for Defendant Zipcar, Inc. ("Zipcar") in the above captioned matter HEREBY ORDERS:
3       1.   Latham & Watkins LLP's unopposed motion for leave to withdraw in the above
4  captioned matter is GRANTED.
5       2.   Latham & Watkins LLP and its attorneys, including specifically Patrick E. Gibbs
6  and Reuben J. Stob, are hereby terminated as Defendant Zipcar's counsel of record in the above-
7  captioned matter.  Zipcar shall continue to be represented in this matter by the law firm of Cooley
8  LLP.
9       3.   The Clerk of the Court shall remove Latham & Watkins LLP and its attorneys from
10 the service list, and shall no longer send them any notices of filings, in the above-captioned matter.
11      IT IS SO ORDERED.

14  Dated:  August ~~22,~~ 25 2014       By _____
                                         Hon. ~~ ~~ ~~ ~~ ~~ ~~ ~~
                                         United States District Judge
                                         Judge Thelton E. Henderson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:14-cv-02483-TEH
[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO WITHDRAW

1