| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>L. Timothy Fisher (State Bar No. 191626)<br>Annick M. Persinger (State Bar No. 272996)<br>Yeremey Krivoshey (State Bar No. 295032)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: scott@bursor.com<br>            ltfisher@bursor.com<br>            apersinger@bursor.com<br>            ykrivoshey@bursor.com<br><br>*Attorneys for Plaintiff* | **COOLEY LLP**<br>WILLIAM P. DONOVAN, JR. (155881)<br>(wdonovan@cooley.com)<br>PATRICIA A. EBERWINE (258916)<br>(peberwine@cooley.com)<br>JOSEPH B. WOODRING (272940)<br>(jwoodring@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone:    (310) 883-6400<br>Facsimile:     (310) 883-6500<br><br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222<br><br>*Attorneys for defendant ZIPCAR, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA BAYOL, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>    v.<br><br>ZIPCAR, INC.,<br><br>                                    Defendant. | Case No. 3:14-cv-02483 TEH<br><br>**MODIFIED STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>The Honorable Thelton E. Henderson |

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
CASE NO. 3:14-CV-02483 TEH

1  WHEREAS, Defendant Zipcar, Inc. has indicated that it intends to file a motion to dismiss for
2  lack of subject matter jurisdiction pursuant to FRCP 12(b)(1).
3  WHEREAS, the Court previously scheduled a case management conference for June 8, 2015.
4  WHEREAS, the parties have met and conferred regarding the briefing schedule for
5  Defendant's motion.
6  NOW THEREFORE, the parties stipulate, subject to the Court's approval, to the following
7  schedule.
8  1.  Defendant Zipcar will file its motion to dismiss for lack of subject matter jurisdiction
9  on or before May 26, 2015.
10  2.  Plaintiff Gabriela Bayol will file her opposition to the motion to dismiss on or before
11  June 16, 2015.
12  3.  Defendant Zipcar will file its reply in support of its motion to dismiss on or before June
13  30, 2015.
14  4.  The hearing on Defendant's motion to dismiss will be July ~~13~~ 27, 2015 at 10:00 a.m. or at
15  such other date and time as is convenient for the Court.
16  5.  The parties propose that the case management conference currently scheduled for June
17  8, 2015 be rescheduled for July ~~13~~ 27, 2015 at 10:00 a.m., or at a time convenient for the Court after the
18  Court rules on Zipcar's FRCP 12(b)(1) motion.
19  IT IS SO STIPULATED.
20
21  Dated: May 21, 2015         **BURSOR & FISHER, P.A.**
22
23                              By:  */s/ L. Timothy Fisher*
                                     L. Timothy Fisher
24
                                Scott A. Bursor (State Bar No. 276006)
25                              L. Timothy Fisher (State Bar No. 191626)
                                Annick M. Persinger (State Bar No. 272996)
26                              Yeremey Krivoshey (State Bar No. 295032)
                                1990 North California Boulevard, Suite 940
                                Walnut Creek, CA  94596
27                              Telephone: (925) 300-4455

28  STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS   1
    FOR LACK OF SUBJECT MATTER JURISDICTION
    CASE NO. 3:14-CV-02483 TEH

```
                              Facsimile:  (925) 407-2700
                              E-Mail: scott@bursor.com
                                      ltfisher@bursor.com
                                      apersinger@bursor.com
                                      ykrivoshey@bursor.com
```

*Attorneys for Plaintiff Gabriela Bayol*

Dated:  May 21, 2015          **COOLEY LLP**


                              By:     */s/ William P. Donovan, Jr.*
                                      William P. Donovan, Jr.

                              William P. Donovan, Jr. (State Bar No. 155881)
                              Patricia A. Eberwine (Sate Bar No. 258916)
                              Joseph B. Woodring (State Bar No. 272940)
                              1333 2nd Street, Suite 400
                              Santa Monica, CA 90401
                              Telephone: (310) 883-6400
                              Facsimile: (310) 883-6500
                              Email: wdonovan@cooley.com
                                      peberwine@cooley.com
                                      jwoodring@cooley.com

                              Matthew D. Caplan (State Bar No. 260388)
                              101 California Street, 5th Floor
                              San Francisco, CA 94111-5800
                              Telephone: (415) 693-2000
                              Facsimile:  (415) 693-2222
                              E-Mail: mcaplan@cooley.com

*Attorneys for Defendant Zipcar, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

_____
THELTON E. HENDERSON
United States District Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Thelton E. Henderson]

---

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS     2
FOR LACK OF SUBJECT MATTER JURISDICTION
CASE NO. 3:14-CV-02483 TEH