| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>L. Timothy Fisher (State Bar No. 191626)<br>Annick M. Persinger (State Bar No. 272996)<br>Yeremey Krivoshey (State Bar No. 295032)<br>1990 North California Boulevard, Suite 940<br>Walnut Creek, CA  94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail: scott@bursor.com<br>            ltfisher@bursor.com<br>            apersinger@bursor.com<br>            ykrivoshey@bursor.com<br><br>*Attorneys for Plaintiff* | **COOLEY LLP**<br>WILLIAM P. DONOVAN, JR. (155881)<br>(wdonovan@cooley.com)<br>PATRICIA A. EBERWINE (258916)<br>(peberwine@cooley.com)<br>JOSEPH B. WOODRING (272940)<br>(jwoodring@cooley.com)<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone:    (310) 883-6400<br>Facsimile:     (310) 883-6500<br><br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800<br>Telephone:    (415) 693-2000<br>Facsimile:     (415) 693-2222<br><br>*Attorneys for defendant ZIPCAR, INC.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABRIELA BAYOL, individually and on behalf of all others similarly situated,<br><br>                                             Plaintiff,<br><br>     v.<br><br>ZIPCAR, INC.,<br><br>                                             Defendant. | Case No. 3:14-cv-02483 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Thelton E. Henderson |

1    WHEREAS, the Court scheduled a further Case Management Conference for February 22, 2016 on January 15, 2016, and ordered the parties to submit an updated joint case management statement by February 12, 2016;

WHEREAS, the parties have scheduled a mediation on March 8, 2016, and the parties believe it would be most productive to update the Court as to the status of the case after the mediation; and

WHEREAS, counsel for defendant Zipcar, Inc. ("Zipcar") is unavailable for a case management conference on February 22 because they have two other court appearances in southern California scheduled for that day, a 9:00 a.m. status conference in Orange County Superior Court, and a 3:00 p.m. scheduling conference in the Central District of California;

NOW THEREFORE, the parties stipulate, subject to the Court's approval, to the following schedule.

1. The Court will continue the case management conference currently scheduled for February 22, 2016 to March 14, 2016 at 1:30 p.m., or at a later time convenient for the Court.

2. The parties shall file an updated case management conference statement March 10, 2016, or at a later date ordered by the Court, so that the parties may update the Court with the status of the case after the March 8 mediation.

IT IS SO STIPULATED.

Dated:  January 26, 2016         **BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

Scott A. Bursor (State Bar No. 276006)
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: scott@bursor.com
           ltfisher@bursor.com
           apersinger@bursor.com
           ykrivoshey@bursor.com

*Attorneys for Plaintiff Gabriela Bayol*

1
2    Dated: January 26, 2016                    **COOLEY LLP**

3                                               By:   */s/ William P. Donovan, Jr.*
4                                                         William P. Donovan, Jr.

5                                               William P. Donovan, Jr. (State Bar No. 155881)
                                                Patricia A. Eberwine (Sate Bar No. 258916)
6                                               Joseph B. Woodring (State Bar No. 272940)
                                                1333 2nd Street, Suite 400
7                                               Santa Monica, CA 90401
                                                Telephone: (310) 883-6400
8                                               Facsimile: (310) 883-6500
                                                Email: wdonovan@cooley.com
9                                                      peberwine@cooley.com
                                                       jwoodring@cooley.com
10
                                                Matthew D. Caplan (State Bar No. 260388)
11                                              101 California Street, 5th Floor
                                                San Francisco, CA 94111-5800
12                                              Telephone: (415) 693-2000
                                                Facsimile:  (415) 693-2222
13                                              E-Mail: mcaplan@cooley.com

14                                              *Attorneys for Defendant Zipcar, Inc.*

15   PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO
     ORDERED.
16
17                                                      01/27/2016

18                                              _____
                                                          [signature]  HENDERSON
19                                                                     District Judge
                                                        Judge Thelton E. Henderson
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE DATE
CASE NO. 3:14-CV-02483 TEH