UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIELA BAYOL,

    Plaintiff,

  v.

ZIPCAR, INC.,

    Defendant.

Case No. 14-cv-02483-TEH

**ORDER RE: CLASS CERTIFICATION**

Pursuant to discussions at the March 14, 2016 Case Management Conference, the Court hereby sets the following schedule for Plaintiff's motion for class certification:

1. Plaintiff shall file her motion for class certification on or before **July 12, 2016.**

2. Defendant shall file its opposition to the motion or before **August 19, 2016.**

3. Plaintiff shall file her reply on or before **September 16, 2016.**

4. The hearing date for the motion for class certification shall be **October 3, 2016**, at 10:00 AM in Courtroom 2, on the 17th floor of the Phillip Burton Federal Courthouse in San Francisco.

Additionally, the Court sets a further Case Management Conference on October 3, 2016. The parties need not file a statement prior to the Case Management Conference.

**IT IS SO ORDERED.**

Dated: 03/14/16

_____
THELTON E. HENDERSON
United States District Judge