1  **BURSOR & FISHER, P.A.**
   Scott A. Bursor (State Bar No. 276006)
2  L. Timothy Fisher (State Bar No. 191626)
   Annick M. Persinger (State Bar No. 272996)
3  Yeremey Krivoshey (State Bar No. 295032)
   1990 North California Boulevard, Suite 940
4  Walnut Creek, CA  94596
   Telephone: (925) 300-4455
5  Facsimile:  (925) 407-2700
   E-Mail: scott@bursor.com
6        ltfisher@bursor.com
         apersinger@bursor.com
7        ykrivoshey@bursor.com

8  *Attorneys for Plaintiff*

9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

| GABRIELA BAYOL, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-02483 TEH |
|---|---|
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |
| v. | |
| ZIPCAR, INC., | Judge Thelton E. Henderson |
| Defendant. | |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
CASE NO. 3:14-CV-02483 TEH

Plaintiff Gabriela Bayol ("Plaintiff") and Defendant Zipcar, Inc. ("Defendant"), by and through their respective undersigned attorneys, HEREBY STIPULATE AND AGREE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims in this action against Defendant with prejudice.

**IT IS SO STIPULATED.**

Dated: July 12, 2016      **BURSOR & FISHER, P.A.**

By:  */s/ Yeremey Krivoshey*
          Yeremey Krivoshey

*Attorneys for Plaintiff*

Dated: July 12, 2016      **COOLEY LLP**

By:  */s/ William P. Donovan Jr.*
          William P. Donovan, Jr.

Attorneys for Defendant ZIPCAR, INC.

7/13/2016

APPROVED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA